# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Joan N. Ericksen |
| v. | U.S. Judge |

Orlando Ray Vasquez, (1)
Gregory Scott Tyler, (2)
            Defendants.

| | |
|---|---|
| Case No: | 11cr110 (JNE/SER) |
| Date: | October 17, 2011 |
| Court Reporter: | Maria Weinbeck |
| Tape Number: | |
| Time Commenced: | 2:24 p.m. |
| Time Concluded: | 3:21 p.m. |
| Time in Court: | 0 Hours & 57 Minutes |

APPEARANCES:

  Plaintiff:    Ann M. Bildtsen/Erika R. Mozangue, Assistant U.S. Attorney
  Defendant(s): Thomas G. Dunnwald for Orlando Ray Vasquez      ☐ FPD ☐ CJA ☐ Retained
                George R. Dunn for Gregory Scott Tyler          ☐ FPD ☐ CJA ☐ Retained

STATUS CONFERENCE:
    1. Defendant Vasquez's motion for an evidentiary hearing [113] is DENIED; 2. Defendant Vasquez's motion to seal exhibits attached to his objections is DENIED; 3. The Court affirms and adopts the Report & Recommendation dated September 14, 2011 over the objections of the defendants. 4. The oral request of each defendant for the appointment of new counsel is DENIED. Court orders that a copy of the recording of the July 21, 2011 motions hearing to be furnished to counsel. If, after reviewing the recording, there are deficiencies, the Court will order a second transcript to be prepared. There will be no further order of the Court on these issues.

    2. Both defendants appeared before the Court and waived their speedy trial rights.

    3. Court orders that both defendants will have a competency evaluation done before the matter is set on for trial.

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel    ☐ Bond continued    ☒ Remanded into custody of USM

                                                        s/Sheri L. Frette
                                                     Signature of Calendar Clerk