**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 11cr110    (JNE/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| ORLANDO RAY VASQUEZ         (1)<br>GREGORY SCOTT TYLER         (2) | |
| Defendants. | |

At the request of Defendant, Orlando Ray Vasquez and his counsel, and Defendant, Gregory Scott Tyler and his counsel, and upon the Court's own motion, the Court desires more information to determine the mental condition of both Defendants pursuant to Section 4241(b) and 4247(b) and (c) of Title 18 of the United States Code.

Therefore,

**IT IS HEREBY ORDERED** that the psychiatric and psychological examination of each of these Defendants as provided by section 4247(b) of Title 18 be conducted by the Bureau of Prisons as expeditiously as possible at the Federal Medical Center at Rochester, Minnesota, or at another appropriate facility, and that the reports thereon, pursuant to sections 4247(c), be filed with the Court.

DATED: October 24, 2011

s/ Joan N. Ericksen
JOAN N. ERICKSEN, Judge
United States District Court